UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 8:21-cv-00083-GJH |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 173.79.64.81, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties to this action, by and through their undersigned counsel, and jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a) that this action, and each and every count and claim asserted therein, be dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: July 21, 2022                                   Respectfully Submitted,

**JOHN DOE subscriber assigned IP**          **STRIKE 3 HOLDINGS, LLC,**
**address 173.79.64.81,**

By:   /s/ J. Curtis Edmondson                        By:   /s/ *Maram T. Salaheldin*
J. Curtis Edmondson (Pro Hac Vice)              Maram T. Salaheldin (Bar No. 21678)
Edmondson IP Law                                        CLARK HILL PLC
15490 NW Oak Hills Drive                             1001 Pennsylvania Avenue NW
Beaverton, Oregon 97006                             Suite 1300 South
Tel.: 503.336.3749                                          Washington, District of Columbia 20004
Fax: 503.482.7418                                          Tel.: 202.640.6664
Email: mailto:jcedmondson@edmolaw.com    Fax: 202.552.2370
                                                                          Email: msalaheldin@clarkhill.com

*Counsel for JOHN DOE*                              *Counsel for Plaintiff Strike 3 Holdings, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, a copy of the foregoing document was filed via the CM/ECF system, which will send out a notification of filing thereof to all counsel of record in this matter.

By: <u>/s/ <i>Maram T. Salaheldin</i></u><br>
Maram T. Salaheldin (Bar No. 21678)<br>
CLARK HILL PLC